United States District Court
Southern District of Texas
**ENTERED**
May 05, 2023
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Tonya Magley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-21-2987 |
| | § | |
| Indigo Slate, a Zenzar Company, | § | |
| | § | |
| Defendant. | § | |

# O R D E R

On May 4, 2023, Plaintiff, Tonya Magley, through counsel notified the Court that a settlement had been reached in this action with Defendant, Indigo Slate, a Zenzar Company. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 5th day of May, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE